706 A.2d 179

IN THE MATTER OF MARK W. FORD, AN ATTORNEY AT LAW.

February 18, 1998.

## ORDER

The Disciplinary Review Board on June 17, 1997, having filed with the Court its decision concluding that **MARK W. FORD** of

**GLOUCESTER CITY**, who was admitted to the bar of this State in 1983; should be reprimanded for violating *RPC* 8.4(c) by accepting unemployment benefits while fully employed, and good cause appearing;

It is ORDERED that **MARK W. FORD** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.